## MARGARET E. DEFOREST v. TERENCE FARLEY and OTHERS.

*2 R. S.,* 193, § 165 — *sale of mortgaged premises.*

Upon the foreclosure of a mortgage covering several houses, the court has power to direct a sale of all the property therein described, though the amount due upon the mortgage may be raised by a sale of a portion thereof.

*Livingston* v. *Mildrum* (19 N. Y., 440, 443) followed.

APPEAL by Thomas D. Stetson, a purchaser at a sale on the foreclosure of a mortgage, from an order of the Special Term denying a motion to relieve him from such purchase.

*M. S. Thompson,* for the appellant.

*Walter Edwards, Jr.,* for the respondent.

Opinion by DAVIS, P. J.

BRADY and DANIELS, JJ., concurred.

Order affirmed.